# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
Jeffrey A. Grogan  
v.  
Rockford Public Schools District #205

Case Number: 08 C 50120

**FILED**  
JUN 26 2008  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Jeffrey A. Grogan

| | |
|---|---|
| NAME (Type or print) John C. Ireland | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ John C. Ireland | |
| FIRM The Law Office of John C. Ireland | |
| STREET ADDRESS 1921 Charles Lane | |
| CITY/STATE/ZIP Aurora Illinois 60505 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 628137 | TELEPHONE NUMBER 630-464-9675 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |