THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY A. GROGAN,<br><br>Plaintiff,<br><br>v.<br><br>SCHOOL DISTRICT #205 - ROCKFORD<br><br>Defendant. | Case Number 08 – CV - 50120<br><br>**Plaintiff Demands Trial By Jury** |

**PLAINTIFF'S MOTION TO CHANGE THE STATUS DATE OF AUGUST 13, 2008**

NOW COMES, Plaintiff, by his attorney and moves this Honorable Court for an order of allowing for a change in the status date of August 13, 2008 and in support of which states as follows:

.
1. This case involves allegations of Sex Discrimination and retaliation under Title VII and under Illinois Civil Rights Act of 2003 740/ILCS 23.

2. Defendants have waived service of process and an Answer is due on August 26, 2008, however, Defendant counsel, as of the date of this filing, has not filed an Appearance.

3. Counsel from the law firm of Hinshaw and Culbertson have communicated with Plaintiff's counsel in the matter of the waiver of service and Defendant's via counsel been apprised of the status date of August 13, 2008 and of this Motion.

4. On July 10, 2008 the Court entered an Order setting a first status hearing date of August 13, 2008.

5. Handling this matter for Plaintiff is attorney John C. Ireland.

6. Plaintiff's Counsel is a solo practitioner and has a pre-paid personal out-of-state vacation scheduled for 8/13/08 – 8/18/08.

1

7. The Counsel's travel plans were purchased in February of 2008 prior to the filing of this action.

8. Counsel now asks this Honorable Court's to allow a resetting of the status to a date later in August.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court allow a change in the status date from August 13, 2008 to another date in August or any date available and convenient to the Court.

By: _____/S/ John C. Ireland __

John C. Ireland
The Law Office of John C. Ireland
1921 Charles Lane
Aurora Illinois   60505
630-464-9675
FACSIMILE 630-206-0889
Attorneyireland@aol.com
Attorney Number 6283137