# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEFFREY A. GROGAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SCHOOL DISTRICT #205 - ROCKFORD<br><br>　　　　Defendant. | Case Number 08 – CV - 50120<br><br>**Plaintiff Demands Trial By Jury** |

### CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE THAT on August 6, 2008 at 1:30 PM or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable P. Michael Mahoney or any judge sitting in his/her stead, in the courtroom usually occupied by him/her in the United States District Court for the Northern Illinois District of Illinois, 219 Dearborn, Chicago, Illinois and then and there present the following:

　　I, John C. Ireland, of the Law Office of John C. Ireland, hereby certify that I have caused copies of the

### **PLAINTIFF'S MOTION TO CHANGE THE STATUS DATE OF AUGUST 13, 2008**

**AND**

**A copy of this notice of filing**

To be served on the parties on the attached Service List on August 4, 2008, by United States Mail and/or electronic mail, with proper postage prepaid.

　　　　　　　　　　　　　　　　__-S-John C. Ireland____

　　　　　　　　　　　　　　　　John C. Ireland

John C. Ireland
The Law Office of John C. Ireland
1921 Charles Lane
Aurora Illinois   60505
630-464-9675
Attorneyireland@aol.com
Attorney Number 6283137

### SERVICE LIST

Via US Mail and Email
Jonathon D. Hoag
Hinshaw and Culbertson LLP
100 Park Ave.
PO Box 1389
Rockford Illinois
61105-1389
815-490-4900
Facsimile 815-490-4901

1