IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEFFREY A. GROGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 08-CV-50120 |
| v. ) | |
| ) | Judge: PHILIP G. REINHARD |
| SCHOOL DISTRICT #205 - ROCKFORD, ) | |
| ) | Magistrate Mahoney |
| Defendant. ) | |

TO:   All Attorneys of Record

### RULE 5.3(b) NOTICE OF PRESENTMENT OF MOTION

YOU ARE HEREBY NOTIFIED, that on **August 27, 2008**, at **1:30 p.m.** or as soon thereafter as Counsel may be heard, I shall appear before **Judge Mahoney** in the Room occupied by him, or in his absence, any other Judge that may be presiding in said Court Room, in the United States District Court, 211 South Court Street, at Rockford, Illinois, and then and there:

Present **Defendant's Motion to Dismiss Count III of Plaintiff's Complaint**,
a copy attached,

At which time and place you may appear, if you so desire.

        Respectfully submitted,

        HINSHAW & CULBERTSON LLP


        By:  s/Lori L. Hoadley
            Lori L. Hoadley


Lori L. Hoadley
Jonathon D. Hoag
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

70572325v1  886357  39718

## AFFIDAVIT OF SERVICE

The undersigned certifies that on August 22, 2008, a copy of the foregoing Defendant's Rule 5.3(b) Presentment of Motion was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

**Grogan v. Rockford School District #205**

For Plaintiff:
John C. Ireland, Esq.
1921 Charles Lane
Aurora, IL  60505


s/ Rhonda Walker


Firm No. 695
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL  61105-1389
Phone  815.490.4900
Fax  815.490.4901

70572325v1  886357  39718