IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEFFREY A. GROGAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCHOOL DISTRICT #205 - ROCKFORD, )<br>)<br>Defendant. ) | Case No.: 08-CV-50120<br><br>Judge: PHILIP G. REINHARD |

## NOTICE OF FILING

Please take notice that on August 22, 2008, the Defendant, ROCKFORD BOARD OF EDUCATION SCHOOL DISTRICT NO. 205, WINNEBAGO-BOONE COUNTIES, ILLINOIS (incorrectly identified as "School District #205 – Rockford"), by and through its attorneys, HINSHAW & CULBERTSON LLP, filed an Appearance, Rule 5.3(b) Notice of Presentment of Motion, Defendant's Motion to Dismiss Count III of Plaintiff's Complaint, and Defendant's Memorandum of Law in Support of Its Motion to Dismiss Count III of Plaintiffs Complaint on the Plaintiff, Jeffrey A. Grogan, pursuant to the attached Affidavit of Service.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/Lori L. Hoadley
    Lori L. Hoadley

Lori L. Hoadley
Jonathon D. Hoag
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

70572328v1 886357 39718

## AFFIDAVIT OF SERVICE

The undersigned certifies that on August 22, 2008, a copy of the foregoing Defendant's Notice of Filing was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

**Grogan v. Rockford School District #205**

For Plaintiff:
John C. Ireland, Esq.
1921 Charles Lane
Aurora, IL  60505


s/ Rhonda Walker


Firm No. 695
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL  61105-1389
Phone  815.490.4900
Fax  815.490.4901

2