IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEFFREY A. GROGAN,<br><br>  Plaintiff,<br><br>v.<br><br>SCHOOL DISTRICT #205 - ROCKFORD,<br><br>  Defendant. | Case No.: 08-CV-50120<br><br>Judge: PHILIP G. REINHARD |

## NOTICE OF FILING

Please take notice that on August 25, 2008, the Defendant, ROCKFORD BOARD OF EDUCATION SCHOOL DISTRICT NO. 205, WINNEBAGO-BOONE COUNTIES, ILLINOIS (incorrectly identified as "School District #205 – Rockford"), by and through its attorneys, HINSHAW & CULBERTSON LLP, filed Defendant's Answer and Affirmative Defenses to Plaintiff's Complaint on the Plaintiff, Jeffrey A. Grogan, pursuant to the attached Affidavit of Service.

                  Respectfully submitted,

                  HINSHAW & CULBERTSON LLP


                  By: s/Lori L. Hoadley
                     Lori L. Hoadley

Lori L. Hoadley
Jonathon D. Hoag
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

70572469v1  886357  39718

## AFFIDAVIT OF SERVICE

The undersigned certifies that on August 25, 2008, a copy of the foregoing Defendant's Notice of Filing was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

**Grogan v. Rockford School District #205**

For Plaintiff:
John C. Ireland, Esq.
1921 Charles Lane
Aurora, IL  60505


s/ Rhonda Walker


Firm No. 695
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL  61105-1389
Phone  815.490.4900
Fax  815.490.4901